[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-10748

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 18, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-01057-CV-JOF-1

NEIL COLLIER BELL,

Plaintiff-Appellant,

versus

DELTA AIRLINES, INC.,

Defendant,

OFFICER D. C. CANTRELL, Individually
and in his official capacity as a City of
of Atlanta Police Officer,
THE CITY OF ATLANTA,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 18, 2008)

Before HULL and WILSON, Circuit Judges, and ALBRITTON,[*] District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's March 21, 2006 order granting summary judgment to defendants-appellees Officer D.C. Cantrell and the City of Atlanta.

**AFFIRMED.**

---

[*] Honorable W. Harold Albritton, United States District Judge for the Middle District of Alabama, sitting by designation.